[No. 70720-5-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN ISAAC GRANT ROY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-00097-5, Bruce I. Weiss, J., entered July 31, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 70813-9-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRELL CORTEZ DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02333-2, Patrick H. Oishi, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Dwyer, JJ.

[No. 70911-9-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GARTH OLSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01911-2, Dean Scott Lum, J., entered September 6, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Leach, JJ.

[No. 70926-7-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM THOMAS NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01329-7, Joseph P. Wilson, J., entered September 19, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.